OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

PAUL B. CALICO
  *Chief Circuit Mediator*
RODERICK M. MCFAULL
MARIANN YEVIN
ROBERT S. KAISER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

May 31, 2016

John Herrera
David Arthur Wallace

    Re: *Christine Forgues v. Select Portfolio Serv, Inc.*, CA No. 16-3540

### NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the **telephone** mediation conference previously set for June 20, 2016, has been rescheduled for **July 13, 2016 at 9:30 a.m.** EASTERN TIME.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc:    Robert S. Kaiser

**NOTE:**    The Mediation Background Information Forms are now due **July 6, 2016 if not already submitted.**