UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: _____ CA 16-3540 _____

Case Name: CHRISTINE FORGUES _____ vs. SELECT PORTFOLIO SERVICING, INC. _____

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

SELECT PORTFOLIO SERVICING, INC.

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee  ☐ Respondent  ☐ Intervenor  (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: DAVID A. WALLACE _____  Admitted: JULY 15, 1986 _____
(Sixth Circuit admission date only)

Signature: _____

Firm Name: CARPENTER LIPPS & LELAND LLP _____

Business Address: 280 PLAZA, 280 NORTH HIGH STREET _____

Suite: 1300 _____  City/State/Zip: COLUMBUS, OHIO 43215 _____

Telephone Number (Area Code): (614) 365-4100 _____

Email Address: wallace@carpenterlipps.com _____

CERTIFICATE OF SERVICE

I certify that on JUNE 1, 2016 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ DAVID A. WALLACE _____