# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CHRISTINE J. FORGUES, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | No. 16-3540 |
| | ) | |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
## THE CORRECTED BRIEF OF APPELLANT CHRISTINE J. FORGUES

Plaintiff-Appellant, Christine J. Forgues, by and through her undersigned counsel ("Counsel"), and pursuant to Fed. R. App. P. 26(b) and Sixth Circuit Rule 26, respectfully requests a one (1) day extension of time, up to and including Wednesday, August 17, 2016, in which to file her opening brief in this case.

Good cause exists for the requested extension, as undersigned inadvertently filed his opening brief without the required Corporate Disclosure. Undersigned the requested extension in order to correct his brief, and properly make the necessary disclosures in accordance with FRAP 26.1 and 6 Cir. R. 26.1.

The foregoing motion is being filed in good faith, and not for the purpose of delay.

Respectfully submitted,

By: _/s/ JOHN HERRERA_____
JOHN HERRERA, Esq.
F.B.N.: 0636320
1801 Ponce De León Boulevard
Coral Gables, FL 33134
Tel. (305) 446-1504
Fax (305) 446-1505
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing <u>Motion for a 9-Day Extension of Time in Which to File the Opening Brief of Appellant Christine J. Forgues</u> was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the counsel of record.

By: _/s/ JOHN HERRERA_____
JOHN HERRERA, Esq.
F.B.N.: 0636320
1801 Ponce De León Boulevard
Coral Gables, FL 33134
Tel. (305) 446-1504
Fax (305) 446-1505
Attorney for Plaintiff-Appellant.