**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 16, 2016

Mr. John Herrera
1801 Ponce De Leon Boulevard
Coral Gables, FL 33134

Mr. David Arthur Wallace
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

      Re:  Case No. 16-3540, *Christine Forgues v. Select Portfolio Serv, Inc.*
           Originating Case No. : 1:15-cv-01670

Dear Counsel:

   Appellant's motion for an extension of time to file their corrected brief has been GRANTED. The corrected brief filed on August 16, 2016 is accepted as filed. Furthermore, the briefing schedule will be reset for the appellee by separate letter.

                                Sincerely yours,

                                s/Renee M. Jefferies
                                Case Manager
                                Direct Dial No. 513-564-7021