# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CHRISTINE J. FORGUES, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | No. 16-3540 |
| | ) | |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE REPLY BRIEF OF APPELLANT CHRISTINE J. FORGUES

Plaintiff-Appellant, Christine J. Forgues, by and through her undersigned counsel ("Counsel"), and pursuant to Fed. R. App. P. 26(b), respectfully requests an eight (8) day extension of time, up to and including Friday, October 14, 2016, in which to file her reply brief in this case.

Good cause exists for the requested extension. Given the projected severity of Hurricane Matthew, and its potential to cause severe damage to the undersigned's primary place of business, which is located in South Florida, the undersigned was unable to timely file his reply brief, as he was taking the necessary storm precautions, as advised by Florida Governor Rick Scott.

Pursuant to all applicable Local Rules and Federal Rules of Civil Procedure, the undersigned hereby certifies that he has conferred with all parties or non-parties

who may be affected by the relief sought in this motion, in a good faith effort to resolve the issues in the Motion at bar. Defendant's counsel has indicated that he does not oppose the relief sought herein.

The foregoing motion is being filed in good faith, and not for the purpose of delay.

Respectfully submitted,

By: _/s/ JOHN HERRERA_____
JOHN HERRERA, Esq.
F.B.N.: 0636320
1801 Ponce De León Boulevard
Coral Gables, FL 33134
Tel. (305) 446-1504
Fax (305) 446-1505
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 12th day of October, 2016 a true and accurate copy of the foregoing <u>UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE REPLY BRIEF OF APPELLANT CHRISTINE J. FORGUES</u> was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the counsel of record.

By: _/s/ JOHN HERRERA_____
JOHN HERRERA, Esq.
F.B.N.: 0636320
1801 Ponce De León Boulevard
Coral Gables, FL 33134
Tel. (305) 446-1504
Fax (305) 446-1505
Attorney for Plaintiff-Appellant.