## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 12, 2016

Mr. John Herrera
1801 Ponce De Leon Boulevard
Coral Gables, FL 33134

Mr. David Arthur Wallace
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Re: Case No. 16-3540, *Christine Forgues v. Select Portfolio Serv, Inc.*
Originating Case No. : 1:15-cv-01670

Dear Counsel:

Appellant's motion for an 8-day extension of time to their reply brief has been GRANTED. The reply brief is now due **October 14, 2016**.

Sincerely yours,

s/Renee M. Jefferies
Case Manager
Direct Dial No. 513-564-7021